**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

RICARDO ALBA FUENTES, ADC #153525                    PETITIONER

v.                    No. 5:16CV00097-JLH-JTK

WENDY KELLY, Director,
Arkansas Department of Correction                    RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the time objections thereto,[1] as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly. A certificate of appealability will not issue.

SO ORDERED this 4th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] The Court has construed Fuentes's notice of appeal (Document #25) as a timely objection to the proposed findings and recommended disposition.