# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RICARDO ALBA FUENTES, ADC #153525                                    PETITIONER

v.                           No. 5:16CV00097-JLH-JTK

WENDY KELLY, Director,
Arkansas Department of Correction                                    RESPONDENT

## JUDGMENT

Ricardo Alba Fuentes's petition for a writ of habeas corpus is dismissed with prejudice.

SO ADJUDGED this 4th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE